**BIOPOLYMER ENGINEERING, INC. (doing business as Biothera), Plaintiff–Appellant,**

**and**

**Massachusetts Institute of Technology, Plaintiff,**

v.

**IMMUNOCORP and Biotech Pharmacon ASA, Defendants.**

No. 2010–1096.

United States Court of Appeals, Federal Circuit.

Feb. 22, 2011.

Rehearing and Rehearing En Banc Denied April 25, 2011.

Darren B. Schwiebert, Fredrikson & Bryson, P.A., of Minneapolis, MN, argued for plaintiff-appellant. With him on the brief was Grant D. Fairbairn. Of counsel was Lora M. Friedemann.

Before NEWMAN, LOURIE, and MOORE, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**